**John Ray Nelson, WSBA No. 16393**
**Foster Pepper PLLC**
422 W. Riverside, Suite 1310
Spokane, WA 99201-0302
Telephone: (509) 777-1600
Facsimile No.: (509) 777-1616

Attorneys for Defendant
Robertson Ceco II Corporation

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| STEVEN MCDANIEL,<br><br>      Plaintiff,<br><br>v.<br><br>THE COLE GROUP and ROBERTSON CECO II CORPORATION,<br><br>      Defendants. | No. CV-07-296-LRS<br><br>**TEMPORARY INJUNCTION AND RESTRAINING ORDER** |

TO:  The United States District Court for the Eastern District of Washington:

On this day came to be heard Defendant, Robert Ceco II, Corporation's ("Robertson Ceco") Motion for Temporary Injunction and Restraining Order ("Motion"). It appearing that the Motion has met the requirements of law, is enforceable, and is unopposed by the parties in this matter, including the Plaintiff, as evidenced by the signatures below, the Court holds that it should be and is in all respects GRANTED. It is, therefore,

ORDERED, ADJUDGED AND DECREED that Plaintiff McDaniel shall:

(1) desist and refrain from having any contact whatsoever, whether by telephone or otherwise, with Bryan Dorsey;

TEMPORARY INJUNCTION AND RESTRAINING ORDER- 1

(2) desist and refrain from having any contact whatsoever, whether by telephone or otherwise, with Dennis Vent;

(3) desist and refrain from having contact that is threatening, coercive, or harassing with any witness, party representative, or counsel in this case; and

(4) desist and refrain from having any contact whatsoever with any defense counsel or defense counsel's staff, unless counsel for Plaintiff is also physically present before Plaintiff.

SIGNED this  2nd  day of  April , 2008.

s/Lonny R. Suko

_____
Judge Lonny R. Suko
U.S. District Court Judge

TEMPORARY INJUNCTION AND RESTRAINING ORDER- 2

FOSTER PEPPER PLLC
422 W. RIVERSIDE, SUITE 1310
SPOKANE, WASHINGTON 99201-0302
PHONE (509) 777-1600  FAX (509) 777-1616

50900875V1

AGREED AS TO SUBSTANCE AND FORM:

**PORTER & HEDGES, L.L.P.**　　　　　EVANS, CRAVEN & LACKIE, PS

By: /s/ C. Dean Herms, Jr.　　　　　　By: /s/ Patrick M. Risken
C. Dean Herms, Jr.*　　　　　　　　　Washington State Bar No. 14632
Texas State Bar No. 24002265　　　　　818 W. Riverside Ave., Ste. 250
1000 Main Street, 36th Floor　　　　　Spokane, WA 99201
Houston, Texas 77002　　　　　　　　Phone: (509) 455-5200
Phone: (713) 226-6680　　　　　　　　Fax: (509) 455-3632
Fax: (713) 228-1331　　　　　　　　　**ATTORNEYS FOR DEFENDANT**
　　　　　　　　　　　　　　　　　　**THE COLE GROUP**

John R. Nelson
FOSTER PEPPER PLLC
Washington State Bar No. 16393
West 422 Riverside Avenue,
Suite 1310
Spokane, WA 99201-0302
Phone: (509) 777-1604
Fax: (509) 777-1616
**ATTORNEYS FOR DEFENDANT**
**ROBERTSON CECO II, CORPORATION**

* Admitted pro hac vice

TEMPORARY INJUNCTION AND RESTRAINING ORDER- 3

FOSTER PEPPER PLLC
422 W. RIVERSIDE, SUITE 1310
SPOKANE, WASHINGTON 99201-0302
PHONE (509) 777-1600  FAX (509) 777-1616

50900875V1

**STANLEY A. KEMPNER, JR.**

By: /s/ Stanley A. Kemner, Jr.
Washington State Bar No. 11260
901 E. Nora
Spokane, WA 99207
Phone: (509) 484-1104
Fax: (509) 484-1106
**ATTORNEY FOR PLAINTIFF**

    I have read the foregoing Temporary Injunction and Restraining Order and, after discussing it with my lawyer, agree to its entry and to abide fully by its terms. I understand that I may be held in contempt of this Court if I violate this Order.

*Steven M. McDaniel*
Steven McDaniel