1  **Stanley A. Kempner, Jr., WSBA #11260**
2  Attorney at Law
   901 E. Nora
3  Spokane, Washington 99207-2459
   Telephone: (509) 484-1104
4  Facsimile: (509) 484-1106
5  Attorney for Plaintiff

6

7  **UNITED STATES DISTRICT COURT**
   **EASTERN DISTRICT OF WASHINGTON**
8  **AT SPOKANE**

9  STEVEN MCDANIEL,

10                                              NO. CV- 07-296-LRS
               Plaintiff,
11
12  v.                                          ORDER OF DISMISSAL

13  THE COLE GROUP, and ROBERTSON
    CECO II CORPORATION,
14
15             Defendants.

16     Based upon the parties' stipulated motion to dismiss the above captioned matter with
17  prejudice and without costs,
18
19     IT IS HEREBY,
20     ORDERED, ADJUDGED AND DECREED as follows:
21     The above-captioned matter is dismissed with prejudice and without costs as to all
22  parties.
23
               SIGNED this __1st__ day of __August_____, 2008.
24
                                         s/Lonny R. Suko
25                                       _____
                                         JUDGE

STANLEY A. KEMPNER, JR.
*Attorney at Law*
901 E. Nora
Spokane, WA 99207
(509) 484-1104
(509) 484-1106:fax
sakempner@comcast.com

AGREED AS TO SUBSTANCE AND FORM:

| **PORTER & HEDGES, L.L.P.** | **EVANS, CRAVEN & LACKIE, PS** |
|---|---|
| By: /s/ C. Dean Herms, Jr. | By: /s/ Patrick M. Risken |
| C. Dean Herms, Jr.* | Washington State Bar No. 14632 |
| Texas State Bar No. 24002265 | 818 W. Riverside Ave., Ste. 250 |
| 1000 Main Street, 36th Floor | Spokane, WA 99201 |
| Houston, Texas 77002 | Phone: (509) 455-5200 |
| Phone: (713) 226-6680 | Fax: (509) 455-3632 |
| Fax: (713) 228-1331 | **ATTORNEYS FOR DEFENDANT THE COLE GROUP** |

John R. Nelson
FOSTER PEPPER PLLC
Washington State Bar No. 16393
West 422 Riverside Avenue,
Suite 1310
Spokane, WA 99201-0302
Phone: (509) 777-1604
Fax: (509) 777-1616
**ATTORNEYS FOR DEFENDANT ROBERTSON CECO II, CORPORATION**

* Admitted pro hac vice

**STANLEY A. KEMPNER, JR.**

By: /s/ Stanley A. Kempner, Jr.
Washington State Bar No. 11260
901 E. Nora
Spokane, WA 99207
Phone: (509) 484-1104
Fax: (509) 484-1106
**ATTORNEY FOR PLAINTIFF**

ORDER OF DISMISSAL 2 OF 2          C:\office CD-RW\McDaniel Steve\dismissal

order080725.DOC 7/28/08

**STANLEY A. KEMPNER, JR.**
*Attorney at Law*
901 E. Nora
Spokane, WA 99207
(509) 484-1104
(509) 484-1106:fax
sakempner@comcast.com